**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/29/2016

IN RE:

| | |
|---|---|
| DAVID T. PATTERSON<br>DEBORAH B. PATTERSON<br>461 PERRYMONT ROAD<br>PITTSBURGH, PA 15237<br>XXX-XX-0769        Debtor(s)<br>XXX-XX-7504 | Case No.12-21181 CMB<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.
2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]
3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record, (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]
4. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]
5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]
6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan. [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and/or proofs of claim. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice. This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan). To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/29/2016

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O KRYSIA KUBIAK - ASST GEN COUNSEL | Court Claim Number:16 | CRED %: 28.00% | ACCOUNT NO.: 9001 |
| 411 7TH AVE - 16-1 | | | |
| | CLAIM: 299.91 | | MO. PMT.: $0.00 |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | | |
| | | | |
| **FEDERAL NATIONAL MORTGAGE ASSN** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O SETERUS INC* | Court Claim Number:10 | CRED %: 100.00% | ACCOUNT NO.: 6024 |
| PO BOX 1047 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $2,594.94 |
| HARTFORD, CT 06143-1047 | COMMENT: BGN 4/12*CL10GOV*2583/PL*2594.94 X (60+2)=LMT*FR BOA-DOC 34 | | |
| | | | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:6 | CRED %: 100.00% | ACCOUNT NO.: 0769 |
| PO BOX 7317 | | | |
| | CLAIM: 1,662.28 | | MO. PMT.: $0.00 |
| PHILADELPHIA, PA 19101-7317 | COMMENT: $@0%/PL-CL | | |
| | | | |
| **CAPITAL ONE(*)** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | CRED %: 28.00% | ACCOUNT NO.: 5908 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC 28269 | COMMENT: | | |
| | | | |
| **OAK HARBOR CAPITAL IV LLC** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:9 | CRED %: 28.00% | ACCOUNT NO.: 9928 |
| PO BOX 3978 | | | |
| | CLAIM: 1,409.05 | | MO. PMT.: $0.00 |
| SEATTLE, WA 98124-3978 | COMMENT: CAPITAL ONE | | |
| | | | |
| **CITIBANK NA(*)** | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4740 121ST ST | Court Claim Number: | CRED %: 28.00% | ACCOUNT NO.: 4023 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| URBANDALE, IA 50323 | COMMENT: | | |
| | | | |
| **DISCOVER BANK(*)** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DB SERVICING CORP | Court Claim Number:1-2 | CRED %: 28.00% | ACCOUNT NO.: 7547 |
| PO BOX 3025 | | | |
| | CLAIM: 3,642.59 | | MO. PMT.: $0.00 |
| NEW ALBANY, OH 43054-3025 | COMMENT: AMD | | |
| | | | |
| **DISCOVER BANK(*)** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DB SERVICING CORP | Court Claim Number:3 | CRED %: 28.00% | ACCOUNT NO.: 4734 |
| PO BOX 3025 | | | |
| | CLAIM: 2,375.23 | | MO. PMT.: $0.00 |
| NEW ALBANY, OH 43054-3025 | COMMENT: | | |
| | | | |
| **FREEDOM DEBT RELIEF++** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3947 LENNANE DR #120 | Court Claim Number: | CRED %: 28.00% | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| SACRAMENTO, CA 95834 | COMMENT: NT ADR/SCH*DISPUTED/SCH | | |
| | | | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15-2 | CRED %: 28.00% | ACCOUNT NO.: 0084 |
| | CLAIM: 7,682.41 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: JCPENNEY*AMD | | |

| Creditor | Trustee Claim # | Court Claim # | INT % | CRED % | CRED DESC | Account No. | Claim | Mo. Pmt. | Comment |
|---|---|---|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP<br>POB 29262<br>NEW YORK, NY 10087-9262 | 11 | 19 | 0.00% | 28.00% | UNSECURED CREDITOR | 0966 | 3,070.89 | $0.00 | GECRB/LOWES*FR NCM-DOC 25*FR GECRB-DOC 46 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 12 | 11 | 0.00% | 28.00% | UNSECURED CREDITOR | 6029 | 4,195.15 | $0.00 | RITZ CAMERA |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 13 | 13-2 | 0.00% | 28.00% | UNSECURED CREDITOR | 2946 | 1,804.83 | $0.00 | SAMS CLUB*AMD |
| GE CAPITAL/HOME DEPOT++<br>POB 103104<br>ROSWELL, GA 30076 | 14 |  | 0.00% | 28.00% | UNSECURED CREDITOR | 4702 | 0.00 | $0.00 | NT ADR/SCH |
| CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ 85282 | 15 | 12 | 0.00% | 28.00% | UNSECURED CREDITOR | 8522 | 1,290.19 | $0.00 | 6242/SCH*HSBC BANK |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>POB 953185<br>ST LOUIS, MO 63195-3185 | 16 | 8 | 0.00% | 28.00% | UNSECURED CREDITOR | 3951 | 3,296.32 | $0.00 | BEST BUY/SCH |
| CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 17 | 21 | 0.00% | 0.00% | UNSECURED CREDITOR | 2653 | 0.00 | $0.00 | CL 21@1218.90 W/DRAWN-DOC 44 |
| DEPARTMENT STORES NATIONAL BANK/MACYS<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | 18 | 5 | 0.00% | 28.00% | UNSECURED CREDITOR | 0269 | 9,292.09 | $0.00 |  |
| DEPARTMENT STORES NATIONAL BANK/MACYS<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | 19 | 4 | 0.00% | 28.00% | UNSECURED CREDITOR | 6072 | 4,938.19 | $0.00 |  |
| ONE MAIN FINANCIAL**<br>PO BOX 70911<br>CHARLOTTE, NC 28272-0911 | 20 |  | 0.00% | 28.00% | UNSECURED CREDITOR | 3449 | 0.00 | $0.00 | NT ADR/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Int % / Cred % | Cred Desc / Account / Mo. Pmt |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 21<br>Court Claim Number: 17-2<br>CLAIM: 2,010.93<br>COMMENT: CITIBANK/SEARS*AMD | INT %: 0.00%<br>CRED %: 28.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0880<br>MO. PMT.: $0.00 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 22<br>Court Claim Number: 18<br>CLAIM: 212.32<br>COMMENT: CITIBANK/SEARS | INT %: 0.00%<br>CRED %: 28.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8384<br>MO. PMT.: $0.00 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 23<br>Court Claim Number: 7<br>CLAIM: 9,436.10<br>COMMENT: FR TARGET NTL BNK-DOC 30 | INT %: 0.00%<br>CRED %: 28.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8304<br>MO. PMT.: $0.00 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 24<br>Court Claim Number: 14-2<br>CLAIM: 5,020.72<br>COMMENT: WAL MART*AMD | INT %: 0.00%<br>CRED %: 28.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9968<br>MO. PMT.: $0.00 |
| **QUANTUM3 GROUP LLC AGNT - WFNNB**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 25<br>Court Claim Number: 2<br>CLAIM: 2,443.33<br>COMMENT: LEVIN FURNITURE | INT %: 0.00%<br>CRED %: 28.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6491<br>MO. PMT.: $0.00 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 26<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 27<br>Court Claim Number: 6<br>CLAIM: 197.27<br>COMMENT: NO GEN UNS/SCH | INT %: 0.00%<br>CRED %: 28.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0769<br>MO. PMT.: $0.00 |
| **MAIELLO BRUNGO & MAEILLO LLP**<br>FOXPOINTE II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 28<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N ALLEGHENY SD/PRAE | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **FEDERAL NATIONAL MORTGAGE ASSN**<br>C/O SETERUS INC*<br>PO BOX 1047<br>HARTFORD, CT 06143-1047 | Trustee Claim Number: 29<br>Court Claim Number: 10<br>CLAIM: 2,613.19<br>COMMENT: THRU 3/12*CL10GOV*$/PL-CL*FR BOA-DOC 34 | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6024<br>MO. PMT.: $0.00 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30<br>Court Claim Number: 20<br>CLAIM: 4,916.44<br>COMMENT: NT/SCH*CITIFINANCIAL | INT %: 0.00%<br>CRED %: 28.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4255<br>MO. PMT.: $0.00 |