IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 12-21181-CMB |
| David T. Patterson | ) | Chapter 13 |
| Deborah B. Patterson, | ) | Docket No. |
| *Debtor(s)* | ) | |
| | ) | |
| David T. Patterson | ) | |
| Deborah B. Patterson, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 2, 2017 at docket numbers 72 and 73, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


March 10, 2017                                               /s/ David T. Patterson
Date                                                         Debtor



March 10, 2017                                               /s/ Deborah B. Patterson
Date                                                         Debtor

Respectfully submitted,

March 14, 2017                    /s/ Kenneth Steidl
DATE                              Kenneth Steidl, Esquire
                                  Attorney for the Debtor

                                  STEIDL & STEINBERG
                                  707 Grant Street
                                  Suite 2830, Gulf Tower
                                  Pittsburgh, PA 15219
                                  (412) 391-8000
                                  Ken.steidl@steidl-steinberg.com
                                  PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**