**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DAVID T. PATTERSON                      Case No.:12-21181
    DEBORAH B. PATTERSON
           Debtor(s)                    Chapter 13

    Ronda J. Winnecour,                    Document No.:
     Chapter 13 Trustee,
            Movant
           vs.
    No Repondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

    1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

    2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

    3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

    1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
    2. Approve the Trustee's Report of Receipts and Disbursements,
    3. Terminate wage attachments,
    4. Revest property of the estate in the debtor(s), and
    5. Enter a final decree and close this case.

June 27, 2017

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/08/2012  and confirmed on 5/29/12 .  The case was subsequently          Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 198,530.00 |
| Less Refunds to Debtor | 2,693.17 | |
| TOTAL AMOUNT OF PLAN FUND | | 195,836.83 |

| Administrative Fees | | |
|---|---:|---:|
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,100.00 | |
|   Trustee Fee | 7,070.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,170.63 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 162,999.20 | 0.00 | 162,999.20 |
|     Acct: 6024 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 2,613.19 | 2,613.19 | 0.00 | 2,613.19 |
|     Acct: 6024 | | | | |
| | | | | 165,612.39 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID T. PATTERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID T. PATTERSON | 2,693.17 | 2,693.17 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,662.28 | 1,662.28 | 0.00 | 1,662.28 |
|     Acct: 0769 | | | | |
| | | | | 1,662.28 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 299.91 | 81.67 | 0.00 | 81.67 |
|     Acct: 9001 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5908 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 1,409.05 | 383.73 | 0.00 | 383.73 |
|     Acct: 9928 | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4023 | | | | |
|   DISCOVER BANK(*) | 3,642.59 | 991.99 | 0.00 | 991.99 |
|     Acct: 7547 | | | | |
|   DISCOVER BANK(*) | 2,375.23 | 646.85 | 0.00 | 646.85 |
|     Acct: 4734 | | | | |
|   FREEDOM DEBT RELIEF++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 7,682.41 | 2,092.15 | 0.00 | 2,092.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0084 | | | | |
| ECAST SETTLEMENT CORP | 3,070.89 | 836.30 | 0.00 | 836.30 |
| Acct: 0966 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 4,195.15 | 1,142.47 | 0.00 | 1,142.47 |
| Acct: 6029 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 1,804.83 | 491.51 | 0.00 | 491.51 |
| Acct: 2946 | | | | |
| GE CAPITAL/HOME DEPOT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4702 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 1,290.19 | 351.36 | 0.00 | 351.36 |
| Acct: 8522 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,296.32 | 897.69 | 0.00 | 897.69 |
| Acct: 3951 | | | | |
| CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2653 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 9,292.09 | 2,530.51 | 0.00 | 2,530.51 |
| Acct: 0269 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 4,938.19 | 1,344.82 | 0.00 | 1,344.82 |
| Acct: 6072 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3449 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 2,010.93 | 547.64 | 0.00 | 547.64 |
| Acct: 0880 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 212.32 | 57.82 | 0.00 | 57.82 |
| Acct: 8384 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 9,436.10 | 2,569.73 | 0.00 | 2,569.73 |
| Acct: 8304 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 5,020.72 | 1,367.29 | 0.00 | 1,367.29 |
| Acct: 9968 | | | | |
| QUANTUM3 GROUP LLC AGNT - WFNNB | 2,443.33 | 665.39 | 0.00 | 665.39 |
| Acct: 6491 | | | | |
| INTERNAL REVENUE SERVICE* | 197.27 | 53.72 | 0.00 | 53.72 |
| Acct: 0769 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 4,916.44 | 1,338.89 | 0.00 | 1,338.89 |
| Acct: 4255 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,391.53 |

TOTAL PAID TO CREDITORS                                              185,666.20

TOTAL
CLAIMED            1,662.28
PRIORITY           2,613.19
SECURED           67,533.96


Date: 06/27/2017                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID T. PATTERSON
    DEBORAH B. PATTERSON
              Debtor(s)

    Ronda J. Winnecour
              Movant
              vs.
    No Repondents.

Case No.:12-21181

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                    BY THE COURT:

                    _____

                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-21181-CMB
David T. Patterson                                                  Chapter 13
Deborah B. Patterson
       Debtors

**CERTIFICATE OF NOTICE**

District/off: 0315-2           User: dsaw           Page 1 of 3           Date Rcvd: Jun 28, 2017
                               Form ID: pdf900      Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb        +David T. Patterson,   Deborah B. Patterson,   461 Perrymont Road,   Pittsburgh, PA 15237-5692
cr             Capital One NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr            +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,   Plainview, NY 11803-4224
13318417       Bank of America,   Customer Service,   PO Box 5170,   Simi Valley, CA 93062-5170
13366278       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13318429      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,   PO Box 653000,   Dallas, TX 75265-3000)
13318419       Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13418891       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13318421      +Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
13327419      +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13327421      +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13533738       Federal National Mortgage Association,   c/o Seterus,   PO Box 4128,   Beaverton, OH 97076-4128
13318424      +Freedom Debt Relief, LLC,   1875 South Grant Street,   Suite 400,   San Mateo, CA 94402-2676
13318430       HSBC Bank,   PO Box 80084,   Salinas, CA 93912-0084
13318431       HSBC/Bestbuy,   PO Box 15521,   Wilmington, DE 19850-5521
13318435      +Macy's,   PO Box 8113,   Mason, OH 45040-8113
13318437      +One Main Financial,   Attn: Bankruptcy Center,   PO Box 140069,   Irving, TX 75014-0069
13318439       Sears,   PO Box 6283,   Sioux Falls, SD 57117-6283
13318441       Target National Bank,   PO Box 660170,   Dallas, TX 75266-0170
13318444       WFNNB/Sam Levine, Inc.,   P.O. Box 182782,   Columbus, OH 43218-2782
13318443      +Wells Fargo Financial Cards,   PO Box 14487,   Des Moines, IA 50306-3487
13693193       eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:50:56
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13318418      +E-mail/Text: notices@burt-law.com Jun 29 2017 00:58:53     Burton Neil & Associates,
               1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
13373284      +E-mail/Text: bankruptcy@cavps.com Jun 29 2017 00:58:29     Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
13318422       E-mail/Text: mrdiscen@discover.com Jun 29 2017 00:57:07     Discover,   PO Box 30943,
               Salt Lake City, UT 84130
13324157       E-mail/Text: mrdiscen@discover.com Jun 29 2017 00:57:07     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13379944      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 29 2017 00:58:55     Duquesne Light Company,
               c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13449502       E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:50:50     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13318425       E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:19     GEMB/JCP.,   P.O. Box 965009,
               Orlando, FL 32896-5009
13318426      +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:19     GEMB/Lowe's,   P.O. Box 981064,
               El Paso, TX 79998-1064
13318427       E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:04     GEMB/Ritz Camera,   PO Box 981127,
               El Paso, TX 79998-1127
13318428       E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:50:50     GEMB/Sam's Club,
               P.O. Box 981064,   El Paso, TX 79998-1064
13318432       E-mail/Text: cio.bncmail@irs.gov Jun 29 2017 00:57:19     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
13356716       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 29 2017 00:58:23     Jefferson Capital Systems LLC,
               PO Box 7999,   SAINT CLOUD MN 56302-9617
13318434      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 29 2017 00:57:16     Kohls/Chase,   PO Box 3043,
               Milwaukee, WI 53201-3043
13416093       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2017 00:50:57
               LVNV Funding, LLC its successors and assigns as,   assignee of CitiFinancial, Inc.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13411319      +E-mail/Text: bknotice@ncmllc.com Jun 29 2017 00:58:16     National Capital Management, LLC,
               8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13359563      +E-mail/Text: bncmail@w-legal.com Jun 29 2017 00:58:21     OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13318438      +E-mail/PDF: cbp@onemainfinancial.com Jun 29 2017 00:51:18     One Main Financial,
               3533 Mountain View Drive,   PO Box 22066,   West Mifflin, PA 15122-2447
13370492       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 01:15:43
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541

District/off: 0315-2            User: dsaw               Page 2 of 3           Date Rcvd: Jun 28, 2017
                               Form ID: pdf900          Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13325415         E-mail/Text: bnc-quantum@quantum3group.com Jun 29 2017 00:57:31
                 Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
13506699         E-mail/Text: bnc-quantum@quantum3group.com Jun 29 2017 00:57:30
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13449503         E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:51:25
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13339896         +E-mail/Text: bncmailbw-email.com Jun 29 2017 00:58:14   TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13318442         E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:04   Walmart/GEMB,   P.O. Box 965023,
                 Orlando, FL 32896-5023
                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               Duquesne Light Company
cr               Seterus, Inc., as the authorized subservicer for F
cr*              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13318420*        Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13318423*        ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court: Discover,   PO Box 30943,   Salt Lake City, UT 84130)
13326749*        Discover Bank,  DB Servicing Corporation,   PO Box 3025,   New Albany OH  43054-3025
13318433*        +Internal Revenue Service***,   PO Box 2116,   Philadelphia, PA 19103-0116
13318436*        +Macy's,   PO Box 8113,   Mason, OH 45040-8113
13318440*        Sears,   PO Box 6283,   Sioux Falls, SD 57117-6283
cr               ##+North Allegheny School District,   c/o Maiello Brungo Maiello,   One Churchill Park,
                 3301 McCrady Road,   Pittsburgh, PA 15235-5137
                                                                              TOTALS: 3, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeniece D. Davis   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jennifer L. Cerce   on behalf of Creditor   North Allegheny School District jlc@mbm-law.net
              Kenneth Steidl   on behalf of Joint Debtor Deborah B. Patterson
               julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com

```
District/off: 0315-2          User: dsaw              Page 3 of 3          Date Rcvd: Jun 28, 2017
                              Form ID: pdf900         Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
           Kenneth  Steidl    on behalf of Debtor David T. Patterson julie.steidl@steidl-steinberg.com,
             ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
             nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
             tcase.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
             rive.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                 TOTAL: 11
```