IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  DAVID T. PATTERSON
  DEBORAH B. PATTERSON
      Debtor(s)

  Ronda J. Winnecour
      Movant
  vs.
  No Repondents.

Case No.:12-21181

Chapter 13

Re
Document No.: 88

**BY DEFAULT**

ORDER OF COURT

AND NOW, this __7th__ day of __August__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**FILED**

AUG -7 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-21181-CMB
David T. Patterson                                                  Chapter 13
Deborah B. Patterson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 3              Date Rcvd: Aug 07, 2017
                              Form ID: pdf900         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
```
db/jdb         +David T. Patterson,    Deborah B. Patterson,    461 Perrymont Road,   Pittsburgh, PA 15237-5692
cr              Capital One NA,    c/o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13318417        Bank of America,    Customer Service,   PO Box 5170,   Simi Valley, CA 93062-5170
13366278        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13318429       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    PO Box 653000,   Dallas, TX 75265-3000)
13318419        Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
13418891        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13318421       +Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
13327419       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13327421       +Department Stores National Bank/Macys,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13533738        Federal National Mortgage Association,   c/o Seterus,    PO Box 4128,   Beaverton, OH 97076-4128
13318424       +Freedom Debt Relief, LLC,    1875 South Grant Street,   Suite 400,   San Mateo, CA 94402-2676
13318430        HSBC Bank,   PO Box 80084,    Salinas, CA 93912-0084
13318431        HSBC/Bestbuy,   PO Box 15521,    Wilmington, DE 19850-5521
13318435       +Macy’s,   PO Box 8113,   Mason, OH 45040-8113
13318437       +One Main Financial,    Attn: Bankruptcy Center,   PO Box 140069,   Irving, TX 75014-0069
13318439        Sears,   PO Box 6283,   Sioux Falls, SD 57117-6283
13318441        Target National Bank,    PO Box 660170,   Dallas, TX 75266-0170
13318444        WFNNB/Sam Levine, Inc.,    P.O. Box 182782,   Columbus, OH 43218-2782
13318443       +Wells Fargo Financial Cards,    PO Box 14487,   Des Moines, IA 50306-3487
13693193        eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2017 00:56:30
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13318418       +E-mail/Text: notices@burt-law.com Aug 08 2017 00:55:25     Burton Neil & Associates,
                 1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
13373284       +E-mail/Text: bankruptcy@cavps.com Aug 08 2017 00:55:13     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
13318422        E-mail/Text: mrdiscen@discover.com Aug 08 2017 00:54:39     Discover,   PO Box 30943,
                 Salt Lake City, UT 84130
13324157        E-mail/Text: mrdiscen@discover.com Aug 08 2017 00:54:39     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13379944       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 08 2017 00:55:27      Duquesne Light Company,
                 c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13449502        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 00:56:29     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13318425        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 00:56:30     GEMB/JCP,   P.O. Box 965009,
                 Orlando, FL 32896-5009
13318426       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 00:56:18     GEMB/Lowe’s,   P.O. Box 981064,
                 El Paso, TX 79998-1064
13318427        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 00:56:18     GEMB/Ritz Camera,   PO Box 981127,
                 El Paso, TX 79998-1127
13318428        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 00:56:19     GEMB/Sam’s Club,
                 P.O. Box 981064,   El Paso, TX 79998-1064
13318432        E-mail/Text: cio.bncmail@irs.gov Aug 08 2017 00:54:44     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
13356716        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2017 00:55:12     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13318434        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 08 2017 00:54:42     Kohls/Chase,   PO Box 3043,
                 Milwaukee, WI 53201-3043
13416093        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2017 00:56:19
                 LVNV Funding, LLC its successors and assigns as,   assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13411319       +E-mail/Text: bknotice@ncmllc.com Aug 08 2017 00:55:10     National Capital Management, LLC,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13359563       +E-mail/Text: bncmail@w-legal.com Aug 08 2017 00:55:11     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13318438       +E-mail/PDF: cbp@onemainfinancial.com Aug 08 2017 00:56:24     One Main Financial,
                 3533 Mountain View Drive,   PO Box 22066,   West Mifflin, PA 15122-2447
13370492        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2017 00:56:25
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
```

```
District/off: 0315-2          User: bsil              Page 2 of 3                   Date Rcvd: Aug 07, 2017
                              Form ID: pdf900         Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13325415          E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2017 00:54:48
                   Quantum3 Group LLC as agent for,    World Financial Network National Bank,   PO Box 788,
                   Kirkland, WA 98083-0788
13506699          E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2017 00:54:48
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13449503          E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2017 00:56:24
                   Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13339896         +E-mail/Text: bncmail@w-legal.com Aug 08 2017 00:55:10      TARGET NATIONAL BANK,
                   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13318442          E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 00:56:30      Walmart/GEMB,   P.O. Box 965023,
                   Orlando, FL 32896-5023
                                                                                              TOTAL: 24

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                Duquesne Light Company
cr                Seterus, Inc., as the authorized subserviver for F
cr*               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13318420*         Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13318423*        ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                  (address filed with court: Discover,    PO Box 30943,   Salt Lake City, UT 84130)
13326749*         Discover Bank,   DB Servicing Corporation,   PO Box 3025,   New Albany OH 43054-3025
13318433*        +Internal Revenue Service***,   PO Box 2116,   Philadelphia, PA 19103-0116
13318436*        +Macy's,   PO Box 8113,   Mason, OH 45040-8113
13318440*         Sears,   PO Box 6283,   Sioux Falls, SD 57117-6283
cr              ##+North Allegheny School District,   c/o Maiello Brungo Maiello,   One Churchill Park,
                   3301 McCrady Road,   Pittsburgh, PA 15235-5137
                                                                                       TOTALS: 3, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subserviver for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subserviver for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Kenneth Steidl    on behalf of Joint Debtor Deborah B. Patterson
               julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
```

```
District/off: 0315-2          User: bsil              Page 3 of 3             Date Rcvd: Aug 07, 2017
                              Form ID: pdf900         Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kenneth Steidl    on behalf of Debtor David T. Patterson julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

        TOTAL: 11